(Official Form 1) (10/05)

# VOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Georgia | Case No. |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle)<br>**SouthStar Funding, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names)<br>**Capital Home Mortgage** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names) |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (If more than one, state all)<br>**22-3587118** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (If more than one, state all) |
| Street Address of Debtor (No. and street, city, state and zip code)<br>**400 Northridge Road, Suite 1000**<br>**Atlanta, GA  30350-3312** | Street Address of Joint Debtor (No. and street, city, state and zip code) |
| County of Residence or Principal Place of Business:<br>**Fulton** | County of Residence or Principal Place of Business |
| Mailing Address of Debtor (If different from street address) | Mailing address of Joint Debtor (If different from street address) |
| Location of Principal Assets of Business Debtor (If different from address listed above) | |

| Type of Debtor (form of organization)<br>(Check **one** box) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes joint debtors)<br>  *(See Exhibit D on page 2 of this form)*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If Debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11  ☐ Chapter 15 Petition for Recognition of a Foreign Non-main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13<br><br>**Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose."    ■ Debts are primarily business debts. |

| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the Debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A<br>☐ Filing Fee waiver requested (applicable to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. 101(51D)<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. 101(51D)<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |
|---|---|
| | **Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

This space is for court use only.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1,000,000 to $100 million | ■ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1,000,000 to $100 million | ■ More than $100 million |
|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): SouthStar Funding, LLC |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by Any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if Debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 7.

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if Debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the Debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)     Date

### Exhibit C

Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the Debtor is attached and made a part of this petition.

If this is a joint petition.

☐   Exhibit D also completed and signed by the joint Debtor is attached and made a part of this petition.

### Information Regarding the Debtor (Check the Applicable Boxes)
**Venue** (check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement of a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes*

☐   Landlord has a judgment against the Debtor for possession of Debtor's residence. (If box checked, complete the following:

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the Debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered; and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

**Voluntary Petition**

Name of Debtor(s): SouthStar Funding, LLC

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each such chapter and choose to proceed under Chapter 7.

I request relief in accordance with the chapter of Title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone number (if not represented by attorney)

_____
Date

### Signature of Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with Chapter 15 of Title 11, United State Code. Certified copies of the documents required by § 1515 of Title 11 are attached.

☐ Pursuant to § 1515 of Title 11, United States Code, I request relief in accordance with the chapter of Title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X /s/ J. Robert Williamson
Signature of Attorney for Debtor(s)

**J. Robert Williamson**
Printed Name of Attorney for Debtor(s)

**Scroggins & Williamson**
Firm Name

**127 Peachtree Street, NE, Suite 1500**
Address

**Atlanta, Georgia 30303**

**(404) 893-3880**
Telephone Number

4-11-07
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the Debtor.

The Debtor requests relief in accordance with the chapter of Title 11, United States Code, specified in this petition.

X /s/ Kirk K Smith
Signature of Authorized Individual

Kirk K Smith
Printed Name of Authorized Individual

President
Title of Authorized Individual

April 11, 2007
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the Debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the Debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the Debtor, as required in that section. Official Form 19B is attached.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the Bankruptcy Petition Preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the Bankruptcy Petition Preparer.) (Required by 11 U.S.C. § 110)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the Bankruptcy Petition Preparer is not an individual;

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

WRITTEN CONSENT OF MEMBERS AND MANAGERS OF
SOUTHSTAR FUNDING, LLC
TO ADOPTION OF CERTAIN ACTIONS AND RESOLUTIONS
IN LIEU OF MEETING

The undersigned members (collectively, the "Members") of SouthStar Funding, LLC ("the Company"), a Delaware limited liability company, being holders of one-hundred (100%) percent of all Ownership Interests in the Company, and the undersigned managers (the "Managers"), being all of the remaining managers of the Company's Board of Managers, pursuant to Section 4 of the Operating Agreement of the Company (the "Operating Agreement"), by written consent, do hereby adopt as of April 10, 2007, the following actions and resolutions:

WHEREAS, the undersigned Members and Managers believe that after due consideration and analysis of alternatives it is desirable and in the best interests of the Company, its creditors and members, and other interested parties that a petition be filed by the Company seeking relief under chapter 7 of Title 7, U.S.C., *et seq.* (the "Bankruptcy Code"); and

WHEREAS, the Members and Managers desire and have requested that the following officers, consisting of: Kirk Smith, Brian Smith, and Tracy Jackson (collectively, the "Officers") oversee the Company's preparation for and filing such bankruptcy petition, to fulfill the Company's responsibilities and to otherwise cooperate with any trustee appointed in such bankruptcy case;

NOW, THEREFORE, BE IT RESOLVED that, the Officers shall have full power and authority to manage the affairs of the Company and take such other actions as are authorized in the Operating Agreement and this Written Consent;

FURTHER RESOLVED, that the Officers of the Company be, and are hereby authorized and directed on behalf of this Company to prepare, execute and file the Company's petition for relief under Chapter 7 of the Bankruptcy Code, and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, and further to such end, to do any other acts, execute all necessary documents and take any other steps in the name and in behalf of the Company, necessary or appropriate to obtaining such relief, and the Officers are further authorized to retain as counsel for the Company in said case Scroggins & Williamson, a law firm specializing in the field of bankruptcy law.

IN WITNESS WHEREOF, the foregoing is hereby executed by the undersigned effective the date first above written.

[Signatures on Next Page]

"MEMBERS"

SOUTHSTAR PARTNERS, LLC

By: *Martin Levine*
Its: *Member*
Membership Interest: 50%

TIMBUKTU, INC.

By: *Kirk K Smith*
Its: *President*
Membership Interest: 50%

"MANAGERS"

Name: Kirk Smith

Name: Brian Smith

Name: Michael Flerman

Name: Martin Levine

Name: Jason Kaplan

"MEMBERS"

SOUTHSTAR PARTNERS, LLC

By: _____
Its:
Membership Interest: 50%

TIMBUKTU, INC.

By: _____
Its:
Membership Interest: 50%

"MANAGERS"

_____
Name: Kirk Smith

_____
Name: Brian Smith

_____*[signature]*_____
Name: Michael Fierman

_____
Name: Martin Levine

_____
Name: Jason Kaplan

"MEMBERS"

SOUTHSTAR PARTNERS, LLC

By: _____
Its:
Membership Interest: 50%

TIMBUKTU, INC.

By: _____
Its:
Membership Interest: 50%

"MANAGERS"

Name: Kirk Smith

Name: Brian Smith

Name: Michael Fierman

Name: Martin Levine

Name: Jason Kaplan