UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 07-65842 |
| SOUTH STAR FUNDING, LLC | : |
| | : CHAPTER 7 |
| Debtor | : |
| | : JUDGE: PAUL W. BONAPFEL |
| | : |

| | |
|---|---|
| | : |
| WELLS FARGO BANK, N.A., | : |
| | : |
| Movant | : |
| | : |
| v. | : CONTESTED MATTER |
| | : |
| SOUTH STAR FUNDING, LLC | : |
| HARRY W. PETTIGREW, Trustee | : |
| | : |
| Respondents | : |
| | : |

NOTICE OF HEARING

PLEASE TAKE NOTICE that Wells Fargo Bank, N.A. has filed a Motion for Relief from the Automatic Stay and related papers with the Court seeking an Order Granting Motion for Relief from Stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from the Automatic Stay in Courtroom 1401, 75 Spring Street, Atlanta, Georgia 30303 at 10:00 A.M. on January 30, 2008.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, United States Bankruptcy Court, 75 Spring Street, Suite 1340, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

        If a hearing on the motion for relief from the automatic stay
cannot be held within thirty (30) days, Movant waives the requirement
for holding a preliminary hearing within thirty days of filing the
motion and agrees to a hearing on the earliest possible date. Movant
consents to the automatic stay remaining in effect until the Court
orders otherwise.

Dated: 1/8/08

Richard H. Siegel, Bar No. 645825
Counsel for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
(770) 643-2148

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| SOUTH STAR FUNDING, LLC | ) NO. 07-65842 |
| | ) |
| Debtor | ) |
| | ) |
| WELLS FARGO BANK, N.A. | ) JUDGE: PAUL W. BONAPFEL |
| | ) |
| Movant | ) |
| | ) |
| vs. | ) |
| | ) CHAPTER 7 |
| SOUTH STAR FUNDING, LLC | ) |
| HARRY W. PETTIGREW, Trustee | ) |
| | ) |
| Respondents | ) |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Movant and shows this Court the following:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and by the applicable contracts, including, but not limited to, the right to foreclose on certain pieces of real property.

2.

Movant is the holder or servicer of loans secured by the properties listed on the attached Schedule.   Each property is

security for a Promisory Note.    The name of the respective
Borrowers, as known to Movant, are listed beside each property
address.

3.

Movant believes that Debtor holds or services a loan on each
of the properties listed, and that Debtor's lien on each property
is inferior to Movant's lien.

4.

Each of the loans held or serviced by Movant is delinquent,
and Movant seeks to initiate, continue and/or conclude foreclosure
actions on each of the properties listed, in accordance with State
law and its contracts.  Movant seeks relief from the automatic stay
because it believes Debtor has as interest in each of the
properties, and foreclosure of any property would extinguish
Debtor's lien thereon.

5.

Movant shows that most of these properties have little or no
equity which will benefit the Estate.  Movant is therefore not
adequately protected.

WHEREFORE, Movant prays for an Order lifting the automatic
stay, authorizing Movant to exercise its rights under its Notes,

Security Instruments, and appropriate state statutes, including,

but not limited to, the right to initiate, continue and foreclose

on these properties.     Movant prays for such other and further

relief as is just and equitable.

RICHARD H. SIEGEL, BAR NO. 645825
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148
(800) 845-8633

| BORROWER'S NAME | PROPERTY ADDRESS | ESTIMATED PAYOFF | ESTIMATED VALUE |
|---|---|---|---|
| Amdahl, Lonny R. | 28087 110th Avenue, Cadott, WI 54727 | $ 104,920.03 | $ 115,000.00 |
| Andanar, Andela | 244 Hanson Drive, Fairfield, CA 94533 | $ 440,028.73 | $ 449,000.00 |
| Baulo, Christopher | 7452 Carmon Drive, Olive Branch, MS 38654 | $ 195,916.19 | $ 206,400.00 |
| Bennett, Kelly & Jessica | 2644 Gaby Circle, Morristown, TN 37814 | $ 67,473.05 | $ 82,000.00 |
| Blitchington, Travis J. & Kimberley L. | 268 Valleyview Court, Martinez, GA 30907 | $ 97,078.80 | $ 119,000.00 |
| Bragg, Monica | 2041 Wildwood Drive, Morristown, TN 37814 | $ 92,176.13 | $ 105,900.00 |
| Brown, Dwight | 5722 Laguna Quail Way, Elk Grove, CA 95758 | $ 378,740.04 | $ 325,000.00 |
| Bryan, Angie L. | 5400 Hi-Way Court, Bellevue, IL 61604 | $ 57,042.87 | $ 55,000.00 |
| Castro, Julieanna | 1740 Powder Way, Plumas Lake, CA 95961 | $ 310,914.51 | $ 262,500.00 |
| Cogan, Molly | 702 Dante Circle, Roseville, CA 95678 | $ 248,132.43 | $ 235,000.00 |
| Coonrod, Elly J. | Rural Route 1 Box 119, Hillview, IL 62050 | $ 62,308.51 | $ 39,000.00 |
| Cordero, Juan | 42282 Pitchfork Drive, Indio, CA 92203 | $ 545,688.30 | $ 475,000.00 |
| Demartieux, Anthony Jr. | 2027 E Princeton Avenue, Fresno, CA 93703 | $ 190,924.00 | $ 180,000.00 |
| Dykes, Gregory | 407 Chadwick Court, Fredericksburg, VA 22401 | $ 153,940.24 | $ 153,000.00 |
| Emery, Robert R. | 816 Homm Street, Bethalto, IL 62010 | $ 131,909.90 | $ 157,000.00 |
| Flores, Emma | 14542 Scottsdale Circle, Adelanto, CA 92301 | $ 299,920.11 | $ 315,000.00 |
| Geyer, Vicki S. | 700 Carnegie Street, Henderson, NV 89052 | $ 197,387.73 | $ 215,000.00 |
| Griffin, Robert | 589 N Johnson Avenue, Unit 243, El Cajon, CA 92020 | $ 217,055.98 | $ 180,000.00 |
| Haley, Christopher C. | 4632 Magnolia Drive, Suffolk, VA 23435 | $ 141,730.64 | $ 179,900.00 |
| Hammond, Lawrence | 1368 Greenwood Street, Starkville, MS 39759 | $ 58,829.75 | $ 65,000.00 |
| Hicks, Tanya | 1746-1748 South 62nd Street, West Allis, WI 532I4 | $ 188,516.88 | $ 165,000.00 |
| Hobbs, Amanda | 1715 Moritz Drive, Houston, TX 77055 | $ 65,104.90 | $ 69,900.00 |
| Jackson, Johnny | 247 SE First Avenue, Sibley, LA 71073 | $ 46,758.19 | $ 50,000.00 |
| Le Grand, Chris | 406 Chestnut Drive, Saint Joseph, IL 61873 | $ 129,292.10 | $ 108,000.00 |
| Lewis, Rodney & Tamara | 2592 Water Crest Court, Ellenwood, GA 30294 | $ 135,149.38 | $ 140,000.00 |
| McCalanahan, Matthew J. | 1302 Charlotte Street, Pekin, IL 61554 | $ 65,916.95 | $ 72,500.00 |
| McNiff, James E. & Judy K. | 2012 20th Street, Rockford, IL 61104 | $ 82,763.62 | $ 104,900.00 |
| Miller, Scott & Pam | 1101 Willow Drive, Edgerton, WI 53534 | $ 215,389.76 | $ 219,900.00 |
| Morton, Dennis | 32025 Camino Herencia, Temecula, CA 92592 | $ 387,413.32 | $ 385,000.00 |
| Moss, Glenn | 120 Harrison Place, Fond du Lac, WI 54935 | $ 75,978.54 | $ 90,000.00 |
| Munsey, Tonya R. | 603 Algonquin Drive, Morristown, TN 37813 | $ 63,264.82 | $ 72,900.00 |
| Myers, Charles D. | 205 West Ash, Robinson, IL 62454 | $ 53,435.51 | $ 58,000.00 |
| Nelson, John J. | 302 Bayview Drive, East Peoria, IL 61611 | $ 86,167.21 | $ 84,900.00 |
| Pressley, Caren | 5128 Weston Road, Cassanova, VA 20139 | $ 516,288.66 | $ 340,000.00 |
| Pugh, Vanessa | 55 Tell Avenue, Deer Park, NY 11729 | $ 296,978.63 | $ 355,000.00 |
| Rice, James V. | 901 South First Street, Ladysmith, WI 54848 | $ 48,832.88 | $ 46,500.00 |
| Romero, Josiel | 16449 Olde Gatehouse, Tinley Park, IL 60477 | $ 280,640.44 | $ 329,900.00 |
| Russell, Lorraine E. | 303 Riverview Drive Southeast, Marietta, GA 30067 | $ 134,604.77 | $ 137,500.00 |
| Salazar, Sylvia M. & Amelia R. | 2003 North Palm Court, Pasadena, TX 77502 | $ 130,134.08 | $ 151,900.00 |

| BORROWER'S NAME | PROPERTY ADDRESS | ESTIMATED PAYOFF | ESTIMATED VALUE |
|---|---|---|---|
| Sanchez, Luz | 491 W Alton Avenue, Apt B, Santa Ana, CA 92707 | $ 399,479.37 | 370,000.00 |
| Sanders, Crystal G. | 119 Obion Street, Trimble, TN 38259 | $ 58,275.68 | 39,900.00 |
| Sheean, Richard J. & Margaret L. | 7260 South Eastlake Drive, Floral City, FL 34436 | $ 140,197.62 | 129,900.00 |
| Sholar, Belinda & Charles | 151 Center Street West, Greeneville, TN 37743 | $ 121,097.87 | 152,000.00 |
| Smith, Wade | 522 Warner Street, Columbus, WI 53925 | $ 117,220.23 | 130,000.00 |
| Stay, Scott | 1538 North Street, Racine, WI 53402 | $ 121,070.59 | 129,000.00 |
| Swain, Courtney | 1959 Brookings Drive, Colorado Springs, CO 80915 | $ 171,080.45 | 210,000.00 |
| Thompson, Talese D. | 7926 Ditzler Avenue, Raytown, MO 64138 | $ 100,764.76 | 97,000.00 |
| Trujillo, Ramon | 329 Stone Brook Place, Dover, DE 19904 | $ 123,375.50 | 140,000.00 |
| White, Chris L. | 307 North Anson Street, Middletown, IL 62666 | $ 54,466.59 | 62,000.00 |
| Whitler, F Z | 40 Ashley Court, Crete, IL 60417 | $ 255,083.33 | 319,900.00 |
| Zinsli, Zachary & Wendy | 1306 Silver Drive, Baraboo, WI 53913 | $ 109,958.92 | 128,000.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

BANKRUPTCY CASE NO. 07-65842

CHAPTER 7

JUDGE: PAUL W. BONAPFEL

## CERTIFICATE OF SERVICE

I, Richard H. Siegel of McCalla Raymer, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That on the date below, I served a copy of the within NOTICE OF ASSIGNMENT OF HEARING, together with the "MOTION FOR RELIEF FROM THE AUTOMATIC STAY" filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

SouthStar Funding LLC
400 Northridge Road
Suite 1000
Atlanta, GA 30350

J. Robert Williamson, Esquire
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303

Harry W. Pettigrew, Trustee
P.O. Box 4030
Decatur, GA 30031

J. Michael Lamberth
Lamberth, Cifelli, Stokes & Stout, P.A.
East Tower - Suite 550
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1022

Neil C. Gordon
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363

Amdahl, Lonny R.
28087 110th Avenue
Cadott, WI 54727

Andanar, Ancieta
244 Hanson Drive
Fairfield, CA 94533

Andanar, Ancieta
166 DePaul Drive
Vallejo, CA 94589

Baulo, Christopher
7452 Carmon Drive
Olive Branch, MS 38654

Baulo, Christopher
3350 Shutten Way
St. Charles, MO 63301

Bennett, Kelly & Jessica
2644 Gaby Circle
Morristown, TN 37814

Bennett, Kelly & Jessica
8737 East AJ Highway
Bullsgap, TN 37711

Blitchington, Travis J. & Kimberley L.
268 Valleyview Court
Martinez, GA 30907

Blitchington, Travis J. & Kiimberley L.
2321 Spring House Lane
Augusta, GA 30907

Bragg, Monica
2041 Wildwood Drive
Morristown, TN 37814

Brown, Dwight
5722 Laguna Quail Way
Elk Grove, CA 95758

Brown, Dwight D.
1753 Redondo Road
W. Sacramento, CA 95691

Bryan, Angie L.
5400 Hi-Way Court
Bellevue, IL 61604

Bryan, Angie L.
116 N. Cedar Avenue Frnt
West Peoria, IL 60604

Castro, Julieanna
1740 Powder Way
Plumas Lake, CA 95961

Cogan, Molly
702 Dante Circle
Roseville, CA 95678

Cogan, Molly
1935 Clay Street
APT. 102
San Francisco, CA 94109

Coonrod, Elly J.
Rural Route 1 Box 119
Hillview, IL 62050

Cordero, Juan
42282 Pitchfork Drive
Indio, CA 92203

Demarbieux, Anthony Jr.
2027 E Princeton Avenue
Fresno, CA 93703

Dykes, Gregory
407 Chadwick Court
Fredericksburg, VA 22401

Emery, Robert R.
816 Homm Street
Bethalto, IL 62010

Flores, Emma
14542 Scottsdale Circle
Adelanto, CA 92301

Flores, Emma
P.O. Box 2744
Victorville, CA 92395

Geyer, Vicki S.
700 Carnegie Street
Henderson, NV 89052

Geyer, Vicki S.
540 W. Horizon Ridge Parkway
Henderson, NV 89012

Griffith, Robert
589 N Johnson Avenue
Unit 243
El Cajon, CA 92020

Haley, Christopher C.
4632 Magnolia Drive
Suffolk, VA 23435

Hammond, Lawrence
1368 Greenwood Street
Starkville, MS 39759

Hicks, Tanya
1746-1748 South 62nd Street
West Allis, WI 53214

Hobbs, Amanda
1715 Moritz Drive
Houston, TX 77055

Hobbs, Amanda
26102 Ripley Hills Drive
Richmond, TX 77469

Jackson, Johnny
247 SE First Avenue
Sibley, LA 71073

Jackson, Johnny
247 S.E. First Avenue
Sibley, LA 71073

Le Grand, Chris
406 Chestnut Drive
Saint Joseph, IL 61873

Le Grand, Chris
1360 N. Lake Shore Drive
Chicago, IL 60610

Lewis, Rodney & Tamara
2592 Water Crest Court
Ellenwood, GA 30294

McCalanahan, Matthew J.
1302 Charlotte Street
Pekin, IL 61554

McNiff, James E. & Judy K.
2012 20th Street
Rockford, IL 61104

Miller, Scott & Pam
1101 Willow Drive
Edgerton, WI 53534

Morton, Dennis
32025 Camino Herencia
Temecula, CA 92592

Moss, Glen
120 Harison Place
Fond du Lac, WI 54935

Munsey, Tonya R.
603 Algonquin Drive
Morristown, TN 37813

Myers, Charles D.
205 West Ash
Robinson, IL 62454

Nelson, John J.
302 Bayview Drive
East Peoria, IL 61611

Pressley, Caren
5128 Weston Road
Cassanova, VA 20139

Pugh, Vanessa
55 Tell Avenue
Deer Park, NY 11729

Rice, James V.
901 South First Street
Ladysmith, WI 54848

Rice, James V.
302 W. 7th Street N.
Ladysmith,  WI 54848

Romero, Josiel
16449 Olde Gatehouse
Tinley Park, IL 60477

Romero, Josiel
9092 Bryant Road
Ft. Myers, FL 33967

Russell, Lorraine E.
303 Riverview Drive, Southeast
Marietta, GA 30067

Russell, Lorraine E.
2650 Indian Lake Drive
Marietta, GA 30062

Salazar, Sylvia M. & Amelia R.
2003 North Palm Court
Pasadena, TX 77502

Salazar, Sylvia M. & Delarosa, Amelia
4102 Young Street
# 1723
Pasadena, TX 77504

Sanchez, Luz
491 W Alton Avenue, Apt B
Santa Ana, CA 92707

Sanders, Crystal G.
119 Obion Street
Trimble, TN 38259

Sheean, Richard J. & Margaret L.
7260 South Eastlake Drive
Floral City, FL 34436

Sheean, Richard J. & Margaret L.
110 High Street
Peebles, OH 45660

Sholar, Belinda & Charles
151 Center Street West
Greeneville, TN 37743

Sholar, Belinda & Charles
4044 Pleasant Hill Drive South
Summit, MS 39666

Smith, Wade
522 Warner Street
Columbus, WI 53925

Smith, Wade
335 S. Water Street
Columbus, WI 53925

Stay, Scott
1538 North Street
Racine, WI 53402

Stay, Scott
1324 Roundlake Drive
Round Lake Beach, IL 60073

Thompson, Talese D.
7926 Ditzler Avenue
Raytown, MO 64138

Trujillo, Ramon
329 Stone Brook Place
Dover, DE 19904

White, Chris L.
307 North Anson Street
Middletown, IL 62666

White, Chris L.
P.O. Box 15
Middletown, IL 62666

Whittler, F Z
40 Ashley Court
Crete, IL 60417

Zinsli, Zachary & Wendy
1306 Silver Drive
Baraboo, WI 53913

Zinsli, Zachary & Wendy
1102 Healer Avenue
APT. F
Tomah, WI 54660


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Executed on  1/8/08   By: _____
                (date)        RICHARD H. SIEGEL, BAR NO. 645825
                              Attorney for Movant