UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              :
                                    :  CASE NO. 07-65842
SOUTH STAR FUNDING, LLC             :
                                    :  CHAPTER 7
Debtor                              :
                                    :  JUDGE: PAUL W. BONAPFEL
                                    :
_____
                                    :
WELLS FARGO BANK, N.A.,              :
                                    :
Movant                              :
                                    :
v.                                  :  CONTESTED MATTER
                                    :
SOUTH STAR FUNDING, LLC             :
HARRY W. PETTIGREW, Trustee         :
                                    :
Respondents                         :
                                    :
_____

NOTICE OF HEARING

PLEASE TAKE NOTICE that Wells Fargo Bank, N.A. has filed a Motion for Relief from the Automatic Stay and related papers with the Court seeking an Order Granting Motion for Relief from Stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from the Automatic Stay in Courtroom 1401, 75 Spring Street, Atlanta, Georgia 30303 at 10:00 A.M. on March 12, 2008.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, United States Bankruptcy Court, 75 Spring Street, Suite 1340, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated:

FEB 18 2008

Richard H. Siegel, Bar No. 645825
Counsel for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
(770) 643-2148

```
           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| SOUTH STAR FUNDING, LLC | ) NO. 07-65842 |
| | ) |
|     Debtor | ) |
| | ) |
| WELLS FARGO BANK, N.A. | ) JUDGE: PAUL W. BONAPFEL |
| | ) |
|     Movant | ) |
| | ) |
| vs. | ) |
| | ) CHAPTER 7 |
| SOUTH STAR FUNDING, LLC | ) |
| HARRY W. PETTIGREW, Trustee | ) |
| | ) |
|     Respondents | ) |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Movant and shows this Court the following:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and by the applicable contracts, including, but not limited to, the right to foreclose on certain pieces of real property.

2.

Movant is the holder or servicer of loans secured by the properties listed on the attached Schedule. Each property is

security for a Promisory Note. The names of the respective Borrowers, as known to Movant, are listed beside each property address.

3.

Movant believes that Debtor holds or services a loan on each of the properties listed, and that Debtor's lien on each property is inferior to Movant's lien.

4.

Each of the loans held or serviced by Movant is delinquent, and Movant seeks to initiate, continue and/or conclude foreclosure actions on each of the properties listed, in accordance with State law and its contracts. Movant seeks relief from the automatic stay because it believes Debtor has as interest in each of the properties, and foreclosure of any property would extinguish Debtor's lien thereon.

5.

Movant shows that most of these properties have little or no equity which will benefit the Estate. Movant is therefore not adequately protected.

WHEREFORE, Movant prays for an Order lifting the automatic stay, authorizing Movant to exercise its rights under its Notes,

Freitag, Erik T. and Sharon J.
2108 East 7th Street
Superior, WI 54880

Freitag, Erik T. and Sharon J.
1516 Broadway Street, Apt #3
Superior, WI 54880

Hopson, Leslie H. and Diane
155 Major Circle
Saltillo, MS 38866

Isacson, Teri A.
9020 Gladiolus Preserve
Fort Myers, FL 33908

Lagan, Larry and Christina
88 Tracy Avenue
Eagle Point, OR 97524

Lagan, Larry and Christina
P.O. Box 1292
Eagle Point, OR 97524

Meehan, Philip J. and Alecia A.
129 Scottfield Drive
Newark, DE 19713

Moniri, Ahmad
80 Skyland Drive
Roswell, GA 30075

Phillip, Kenyatta and Theodora C. James
9526 Schenck Street, Unit 3
Brooklyn, NY 11236

Simmons, Abby M. and Robert W. King
6410 Red Bank Road
Gillett, WI 54124

Simmons, Abby M. and Robert W. King
940 Sunlite Drive
Oneida, WI 54155

Smith, Leon D. and Deeann Temple
618 Highland Park Drive
Laurel, MS 39440

Stovall, Stephen S.
9729 Patrician Drive
New Port Richey, FL 34655

Stovall, Stephen S.
3108 Congress Avenue
Plano, TX 75025

Swick, Brian
3007 3rd Street, S.W.
Lehigh Acres, FL 33976

Whitlock, Dennis K.
347 N.E. 27th Street
Cape Coral, FL 33909


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on **FEB 1 8 2008**   By: _____
          (date)                    RICHARD H. SIEGEL, BAR NO. 645825
                                    Attorney for Movant

| BORROWER'S NAME | PROPERTY ADDRESS | ESTIMATED PAYOFF | ESTIMATED VALUE | | |
|---|---|---|---|---|---|
| Bickley, Adam J. | 1238 Western Lane, #10 A, Front Royal, VA 22630 | $ 210,779.14 | $ 215,000.00 | wellsb-08-27248 | 708 |
| Freitag, Erik T. and Sharon J. | 2108 East 7th Street, Superior, WI 54880 | $ 91,606.10 | $ 95,000.00 | wellsb-08-27247 | 708 |
| Gipson, Leslie H. and Diane | 155 Major Circle, Saltillo, MS 38866 | $ 199,383.21 | $ 245,000.00 | wellsb-07-27154 | 708 |
| Isacson, Teri A. | 9020 Gladiolus Preserve, Fort Myers, FL 33908 | $ 344,740.77 | $ 250,000.00 | asc-07-13798 | 708 |
| Hagan, Larry and Christina | 88 Tracy Avenue, Eagle Point, OR 97524 | $ 208,700.89 | $ 205,000.00 | wellsb-07-27153 | 708 |
| Meehan, Philip J. and Alecia A. | 129 Scottfield Drive, Newark, DE 19713 | $205,147.36 | $ 233,500.00 | wellsb-07-26333 | 708 |
| Moniri, Ahmad | 80 Skyland Drive, Roswell, GA 30075 | $ 340,707.95 | $ 359,000.00 | wellsb-07-27155 | 708 |
| Phillip, Kenyatta and Theodora C. James | 9526 Schenck Street Unit 3, Brooklyn, NY 11236 | $ 333,087.94 | $ 349,000.00 | asc-07-13796 | 708 |
| Simmons, Abby M. and Robert W. King | 6410 Red Bank Road, Gillett, WI 54124 | $ 135,666.53 | $ 137,000.00 | wellsb-08-27249 | 708 |
| Smith, Leon D. and Deeann Temple | 618 Highland Park Drive, Laurel, MS 39440 | $ 82,894.29 | $ 79,900.00 | wellsb-08-27542 | 708 |
| Stovall, Stephen S. | 9729 Patrician Drive, New Port Richey, FL 34655 | $ 229,180.03 | $ 219,000.00 | asc-07-13799 | 708 |
| Swick, Brian | 3007 3rd Street SW, Lehigh Acres, FL 33976 | $ 237,328.79 | $ 137,000.00 | asc-07-13800 | 708 |
| Whitlock, Dennis K. | 347 NE 27th Street, Cape Coral, FL 33909 | $ 208,675.56 | $ 170,000.00 | asc-07-13797 | 708 |