**IT IS ORDERED as set forth below:**

Date: September 06, 2008

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| SOUTHSTAR FUNDING LLC. | ) CASE NO. 07-65842-PWB |
| | ) |
| | ) |
| Debtors. | ) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) - - - - - - - - - - - - - - - - - - - - - - - - |
| | ) |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS SERVICING AGENT FOR EMC MORTGAGE CORPORATION, | ) ) |
| Movant, | ) **CONTESTED MATTER** |
| vs. | ) |
| | ) |
| SOUTHSTAR FUNDING LLC., Debtor, HARRY W. PETTIGREW, Trustee, | ) ) |
| | ) |
| | ) |
| Respondents. | ) |

**ORDER MODIFYING AUTOMATIC STAY (Docket #615)**

    A hearing on the above-styled Motion for Relief from Automatic Stay filed July 31, 2008 by Mortgage Electronic Registration Systems, Inc., as servicing agent for EMC Mortgage Corporation, for itself and its successors or assigns came before this Court on notice August 27, 2008.

Relief is sought as to the real property now or formerly known as 722 SW 3RD Place, Dania, Broward County, Florida, as more particularly described on Exhibit "A" attached to the Motion for Relief from Automatic Stay. Neither Debtors nor Trustee oppose the relief sought. Movant alleges the Motion was properly served and the hearing noticed. Accordingly, it is hereby

ORDERED that the Motion is GRANTED as follows: the automatic stay of 11 U.S.C. §362 is modified to allow Movant to proceed to obtain possession of and foreclose or otherwise dispose of the Property, including sending notices and statements that may be required by state law to be sent; however, Movant shall promptly remit to the Chapter 7 Trustee, Harry W. Pettigrew, all such proceeds as exceed the lawful debt owed to Movant by Debtors.

### END OF ORDER

Prepared and Submitted by:
  /s/ Sidney Gelernter
Sidney Gelernter
Attorney for Movant
GA. State Bar No. 289145
McCurdy & Candler, L.L.C.
250 East Ponce De Leon Avenue,
Suite 600
Decatur, GA 30031
(404) 373-1612

*M&C File No.08-16282*

## DISTRIBUTION LIST

SouthStar Funding LLC.
400 Northridge Road, Suite 1000
Atlanta, GA 30350-3312

J. Robert Williamson
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303

Harry W. Pettigrew
Chapter 7 Trustee
Pettigrew & Associates, P.C.
P.O. Box 4030
Decatur, GA 30031

Arnall Golden Gregory LLP
c/o Neil C. Gordon, Esq.
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363

Sidney Gelernter
McCurdy & Candler, LLC
250 East Ponce De Leon Avenue
Suite 600
Decatur, GA 30030

*M&C File No.08-16282*