**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SOUTHSTAR FUNDING, LLC, | ) | CASE NO. 07-65842-pwb |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION FOR ORDER APPROVING**
**SALE OF JUDGMENTS AND SIMILAR PROPERTY**

**COMES NOW** Harry W. Pettigrew, in his office and capacity as trustee ("**Trustee**") in the above-captioned case of SouthStar Funding, LLC (the "**Debtor**"), and, by and through the undersigned counsel, files this "Motion for Order Approving Sale of Judgments and Similar Property" (the "**Motion**"). In support of his Motion, Trustee shows the Court as follows:

**Jurisdiction**

1. This Court has jurisdiction to hear this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion presents a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief sought herein are Section 105(a) and Section 363 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 6004 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**").

**Background**

2. On April 11, 2007 (the "**Petition Date**"), the Debtor filed its voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

3. Harry W. Pettigrew was appointed as Chapter 7 trustee in the Debtor's case and continues to serve in such capacity.

4. Debtor was headquartered in Atlanta, Georgia, and offered wholesale financing for the residential, non-conforming mortgage market.

5. Debtor ceased operations and closed its offices prior to the Petition Date.

6. Some of Debtor's operations were physically located at leased locations in Georgia, Florida, Louisiana, South Carolina, Ohio, Alabama, California, Virginia, Tennessee, Texas, Minnesota, New Jersey, Michigan, Missouri, Illinois, Colorado, Connecticut, Rhode Island, and North Carolina.  Debtor's headquarters office was located at leased space at 400 Northridge Road, Suite 1000, Atlanta, Georgia  30350.

7. In its business, Debtor sold mortgage loans to investors and sold real estate that Debtor had acquired through foreclosure of mortgage loans owned by the Debtor.

8. In the normal course of its business, Debtor pursued various items of litigation and in some instances obtained judgments.  Trustee has obtained judgments and filed proofs of claim in the course of administration of the estate.

9. Trustee filed on January 29, 2010 his Motion for Order Approving (1) Sale by Auction of Judgments and Similar Property; and (2) Procedures for Sale by Auction.  Trustee has noticed that Motion for Hearing on February 23, 2010.  Among other things, the Trustee has sought approval of certain procedures and authorization to conduct an auction on March 8, 2010.

**Relief Requested**

10. At the hearing being noticed for March 9, 2010, Trustee requests that the Court receive the results of the auction and approve sale of the Claims (as that term is defined in the Motion filed on January 29, 2010), or grant other appropriate relief.

**Notice**

11. Pursuant to the Court's Order entered June 28, 2007 (Docket No. 91), Trustee will serve this Motion and a notice of hearing regarding this Motion on: (i) the Office of the United States Trustee for the Northern District of Georgia; (ii) any entity who has formally appeared and requested service in this case pursuant to Bankruptcy Rule 2002; (iii) the creditors listed on Debtor's schedule D; (iv) those persons Trustee has identified as having a potential interest in bidding; (v) counsel for Debtor; and (vi) such others persons or entities as the Court may direct. Trustee shows that such notice is proper and sufficient.

WHEREFORE, the Trustee respectfully requests that the Court grant the relief requested herein, and such other and additional relief as is just and proper.

308448.doc

Respectfully submitted this 29th day of January, 2010.

                                            LAMBERTH, CIFELLI, STOKES,
                                               ELLIS & NASON, P.A.
                                        **Attorneys for Harry W. Pettigrew, Chapter 7 Trustee**

                                        /s/ Maggie Rentz
                                        J. Michael Lamberth
                                        Georgia Bar No. 431975
                                        mlamberth@lcsenlaw.com
                                        Maggie Rentz
                                        Georgia Bar No. 126457
                                        mrentz@lcsenlaw.com

3343 Peachtree Road, NE, Suite 550
Atlanta, GA  30326
Telephone:     404.262-7373
Facsimile:     404.262-9911

308448.doc

# CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, **MOTION FOR ORDER APPROVING SALE OF JUDGMENTS AND SIMILAR PROPERTY** was served by first class U.S. Mail, postage prepaid, or by electronic mail, if applicable, to the following:

Harry W. Pettigrew
Pettigrew & Associates, P.C.
P.O. Box 4030
Decatur, GA  30031

| | |
|---|---|
| Office of the U.S. Trustee<br>362 Richard B. Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA  30303 | First Class U.S. Mail |
| J. Robert Williamson<br>Scroggins & Williamson<br>1500 Candler Building<br>127 Peachtree Street NE, Suite 1500<br>Atlanta, GA  30303 | rwilliamson@swlawfirm.com |
| Jeffrey W. Kelley<br>Troutman Sanders LLP<br>600 Peachtree Street, NE, Suite 5200<br>Atlanta, GA  30308-2216 | jeffrey.kelley@troutmansanders.com |
| Gilbert B. Weisman<br>Becket & Lee LLP<br>16 General Warren Boulevard<br>P.O. Box 3001<br>Malvern, PA  19355 | notices@becket-lee.com |
| Jerry D. Gerald<br>Wilson Brock & Irby, L.L.C.<br>Overlook I, Suite 700<br>2849 Paces Ferry Road<br>Atlanta, GA  30339 | jgerald@wbilegal.com |
| Dean P. Sperling<br>201 E. Sandpointe, Suite 220<br>Santa Ana, CA  92707-5742 | dean@sperlinglaw.com |

308448.doc

| | |
|---|---|
| Gregory M. Taube<br>Nelson Mullins Riley & Scarborough, LLP<br>999 Peachtree Street, NE, Suite 1400<br>Atlanta, GA  30309 | greg.taube@nelsonmullins.com |
| Attn: Randy Deschenes<br>EMC Residential<br>2780 Lake Vista Drive<br>Lewisville, TX  75067 | First Class U.S. Mail |
| Rav Karamsingh<br>Bear Stearns<br>383 Madison Avenue, 27th Floor<br>New York, NY  10179 | First Class U.S. Mail |
| Attn: Carol Robertson<br>Washington Mutual Bank<br>Legal Department<br>9200 Oakdale Avenue<br>Chatsworth, CA  91311 | First Class U.S. Mail |
| Residential Funding Company, LLC<br>East Tower, Suite 900<br>7501 Wisconsin Avenue<br>Bethesda, MD  20814 | First Class U.S. Mail |
| Attn: John Cooney<br>Residential Funding Company, LLC<br>8400 Normandale Lake Blvd., Suite 250<br>Bloomington, MN  55437 | First Class U.S. Mail |
| Kim Peoples<br>7470 Heard Road<br>Cumming, GA  30041 | kapeoples@comcast.net |
| Bonnie K. Green<br>Shumaker, Loop & Kendrick, LLP<br>128 S. Tryon Street, Suite 1800<br>Charlotte, NC  28202 | bgreen@slk-law.com |
| William L. Rothschild<br>Ellenberg, Ogier & Rothschild, P.C.<br>170 Mitchell Street, SW<br>Atlanta, GA  30303-3424 | br@eorrlaw.com |
| T. Tucker Hobgood<br>Johnson Hobgood Rutherford LLC<br>600 Galleria Parkway, Suite 950<br>Atlanta, GA  30339 | tucker_hobgood@viningslaw.com |

| | |
|---|---|
| David C. Whitridge<br>Morris, Schneider & Prior, LLC<br>1587 Northeast Expressway<br>Atlanta, GA  30329 | dcwhitridge@msplaw.com |
| Litton Loan Servicing, L.P.<br>c/o McCalla Raymer, LLC<br>Attn: Michael J. McCormick<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA  30076 | mjm@mccallaraymer.com |
| Therese G. Franzen<br>Franzen & Salzano PC<br>40 Technology Parkway South, Suite 202<br>Norcross, GA  30092 | tfranzen@franzen-salzano.com |
| Abraham M. Ashton<br>Kennedy Covington Lobdell & Hickman, LLP<br>Hearst Tower, 47th Floor<br>214 N. Tryon Street<br>Charlotte, NC  28202 | aashton@kennedycovington.com |
| Kathleen A. Gardiner<br>Assistant Attorney General<br>Cadillac Place<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI  48202 | First Class U.S. Mail |
| Lisa F. Caplan<br>Adorno & Yoss, LLC<br>Two Midtown Plaza, Suite 1500<br>1349 W. Peachtree Street<br>Atlanta, GA  30309 | lcaplan@adorno.com |
| Wells Fargo Bank, N.A.<br>c/o McCalla Raymer, LLC<br>Attn: Michael J. McCormick<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA  30076 | mjm@mccallaraymer.com |
| Hilary B. Bonial<br>Tyler B. Jones<br>Brice, Vander Linden & Wernick, P.C.<br>P. O. Box 829009<br>Dallas, TX  75382-9009 | notice@bkcylaw.com |

| | |
|---|---|
| Sarah A. Wyeth<br>Raymond S. Martin, P.C.<br>990 Hammond Drive, Suite 800<br>Atlanta, GA  30328-5511 | syweth@rsmpc-law.com |
| Myja K. Kjaer<br>Winston & Strawn, LLP<br>35 W. Wacker Drive<br>Chicago, IL  60601 | mkjaer@winston.com |
| Richard B. Maner<br>Building D, Suite 100<br>5775 Glenridge Drive<br>Atlanta, GA  30328 | rmaner@rbmlegal.com |
| Sean R. Quirk<br>Shapiro & Swertfeger<br>2872 Woodcock Boulevard, Suite 100<br>Atlanta, GA  30341 | seanq.ga@logs.com |
| Laurence R. Landry<br>Quirk & Quirk, LLC<br>6000 Lake Forrest Drive, NW, Suite 325<br>Atlanta, GA  30328 | lrl@quirklaw.com |
| Julie Mehelic<br>Shapiro & Swertfeger<br>2872 Woodcock Boulevard, Suite 100<br>Atlanta, GA  30341 | jmehelic@logs.com |
| Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN  37202-0207 | First Class U.S. Mail |
| William J. Layng, Jr.<br>Pendergast & Jones, PC<br>115 Perimeter Center Place, Suite 1000<br>Atlanta, GA  30346 | blayng@penderlaw.com |
| Sidney Gelernter<br>McCurdy & Candler, LLC<br>250 E. Ponce de Leon Avenue, Suite 600<br>Decatur, GA  30030 | sgelernter@mccurdycandler.com |

8

308448.doc

Jon Krigsman                                                                     jonk@facapital.net
Managing Member
First American Capital V LLC
7286 Siena Way
Boulder, CO  80301

EMC Mortgage Corporation                                                         rhs@mccallaraymer.com
c/o McCalla Raymer, LLC
Attn:  Richard Siegel
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA  30076

Abbey M. Ulsh                                                                    ga.nd.ecf@bbwcdf.com
Barrett Daffin & Frappier, L.L.P.
15000 Surveyor Boulevard, Suite 100
Addison, TX  75001

This 29th day of January, 2010.

                                           LAMBERTH, CIFELLI, STOKES,
                                              ELLIS & NASON, P.A.
**Attorneys for Harry W. Pettigrew, Chapter 7 Trustee**

/s/ Maggie Rentz
J. Michael Lamberth
Georgia Bar No. 431975
mlamberth@lcsenlaw.com
Maggie Rentz
Georgia Bar No. 126457
mrentz@lcsenlaw.com

3343 Peachtree Road, NE, Suite 550
Atlanta, GA  30326
Telephone:     404.262-7373
Facsimile:     404.262-9911

9                                                                                                     308448.doc