

**IT IS ORDERED as set forth below:**

Date: March 10, 2010

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SOUTHSTAR FUNDING, LLC, | ) | CASE NO. 07-65842-PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER APPROVING SALE

The Trustee filed his MOTION FOR ORDER APPROVING (1) SALE BY AUCTION OF JUDGMENTS AND SIMILAR PROPERTY; AND (2) PROCEDURES FOR SALE BY AUCTION (Docket Entry 1878) on January 29, 2010. In his Motion, Trustee sought approval of procedures for sale of the interests of the estate in specified judgments or orders, including proofs of claim. These property interests were identified on Exhibit "A" to the Motion and have been referenced as the "**Claims**".

The Court entered its ORDER APPROVING MOTION FOR (1) SALE BY AUCTION OF JUDGMENTS AND SIMILAR PROPERTY; AND (2) PROCEDURES FOR SALE BY AUCTION (Docket Entry 1922) on February 23, 2010. In its Order, the Court approved bid

311464.doc

procedures (the "**Bid Procedures**") and attached a copy of those procedures as Exhibit "A" to the Order

The matter came on for hearing before this Court on March 9, 2010.  The Trustee, through counsel, reported in open court regarding the bidding and auction.  Among other things, report was made that Jerry L. Sewell made the highest and best bid and that his bid amount was $5,000.00.

Based upon the presentation in open court and based upon the record in this case, the Court hereby finds and concludes that:

(a)    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (N).  The statutory predicates for the relief sought herein are sections 105 and 363 of the Bankruptcy Court;

(b)    The notice provided by the Trustee constitutes good and sufficient notice of the relief sought, and no other or further notice is needed; and

(c)    The relief granted herein is in the best interests of the Debtor, the estate and creditors and is necessary and appropriate to assist the Trustee in efforts to administer the estate.

After due and full consideration, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that: the Trustee is hereby authorized to sell the Claims to Jerry L. Sewell for $5,000.00, in accordance with the terms and conditions of the Bid Procedures; Trustee is hereby authorized to execute such documents as may be reasonably necessary to carry out the intents and purposes of the Motion and this Order; this Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order; and this Order shall be effective immediately and the stay imposed by Bankruptcy Rule 6004(h) is abrogated.

[END OF DOCUMENT]

**Prepared and presented by:**

/s/ J. Michael Lamberth
J. Michael Lamberth
Georgia Bar No. 431975
mlamberth@lcsenlaw.com
William D. Matthews
Georgia Bar No. 470865
wdm@lcsenlaw.com
**Attorneys for Harry W. Pettigrew, Chapter 7 Trustee**
LAMBERTH, CIFELLI, STOKES,
   ELLIS & NASON, P.A.
3343 Peachtree Road, NE, Suite 550
Atlanta, GA  30326
Telephone:    404.262-7373
Facsimile:    404.262-9911

Identification of parties to be served pursuant to BLR 9013-2(b) ND Ga:

J. Michael Lamberth and William D. Matthews, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road, NE, Suite 550, Atlanta, GA  30326

Harry W. Pettigrew, Pettigrew & Associates, P.C., P.O. Box 4030, Decatur, GA  30031

Office of the U.S. Trustee, Richard B. Russell Federal Building, 75 Spring Street, SW, Suite 362, Atlanta, GA  30303

Jerry L. Sewell, 834 Inman Village Parkway, Suite 220, Atlanta, GA  30307