# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SOUTHSTAR FUNDING, LLC, | ) | CASE NO. 07-65842 |
| | ) | |
| Debtor. | ) | JUDGE BONAPFEL |

## TRUSTEE'S REPORT OF SALE OF PROPERTY AUTHORIZED TO BE SOLD UNDER DOCUMENT ENTRY 1939

Trustee reports the sale of the Claims, as authorized under that certain Order entered as Docket Entry 1939. Trustee received a total of $5,000 from the purchaser (Jerry L. Sewell) as the purchase price.

This 19th day of March, 2010.

/s/ Harry W. Pettigrew
HARRY W. PETTIGREW, As Ch. 7 Trustee for the bankruptcy estate of SouthStar Funding, LLC

P.O. Box 4030
Decatur, GA  30031
Telephone:    404.577-5244
Facsimile:    404.577-7903