## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SOUTHSTAR FUNDING, LLC, | ) | CASE NO. 07-65842 |
| | ) | |
| Debtor. | ) | JUDGE BONAPFEL |

### SUPPLEMENT TO REPORT

Trustee filed his Report of Sale on March 19, 2010 (Docket Entry 1984) and reported the sale authorized under that certain Order entered as Docket Entry 1939. Trustee reported that he received a total of $5,000 from purchaser (Jerry L. Sewell) as the purchase price. Trustee submits this Supplement and reports that the closing took place on March 12, 2010 and that Trustee caused to be delivered to purchaser the Transfer and Assignment in the form approved by the Court and a copy of which is attached to this Supplement as Exhibit 1.

This 6th day of April, 2010.

/s/ Harry W. Pettigrew
HARRY W. PETTIGREW, As Ch. 7 Trustee
for the bankruptcy estate of SouthStar Funding,
LLC

Pettigrew & Associates, P.C.
P.O. Box 4030
Decatur, GA  30031
Telephone:    404.577-5244
Facsimile:     404.577-7903

312489.doc

# EXHIBIT 1 FOLLOWS:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SOUTHSTAR FUNDING, LLC, | ) | CASE NO. 07-65842 |
| | ) | |
| Debtor. | ) | JUDGE BONAPFEL |
| | ) | |

## TRANSFER AND ASSIGNMENT

FOR VALUE RECEIVED, the undersigned, Harry W. Pettigrew, as Trustee for the Chapter 7 bankruptcy estate of SouthStar Funding, LLC (the "Trustee"), does hereby transfer, assign, and convey unto Jerry L. Sewell (the "Purchaser"), all of his right, title, and interest, in, to, and under the property interests, as described in Exhibit "A" attached hereto, (the "Property"), as authorized and in accordance with that certain Order, entered on the docket on March 10 , 2010 in the above-styled bankruptcy case, to have and to hold the same under Purchaser, its successors and assigns.

THIS TRANSFER AND ASSIGNMENT IS MADE WITHOUT ANY WARRANTIES OR REPRESENTATIONS AS TO THE EXISTENCE, QUANTITY, QUALITY, OR NATURE OF ANY OF THE FORGOING TYPES OR ITEMS OF PROPERTY OR THE TRANSFERABILITY OR ASSIGNABILITY OF ANY CONTRACTS, LICENSES, OR PERMITS INCLUDED WITHIN THE CATEGORIES AND ITEMS OF THE PROPERTY, IF ANY, AND IS WITHOUT RECOURSE AGAINST THE UNDERSIGNED. THE PROPERTY IS BEING SOLD BY TRUSTEE AND ACCEPTED BY PURCHASER AS IS, WHERE IS, WITH ALL FAULTS, AND TRUSTEE MAKES NO WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PROPERTY, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF TITLE, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE, ALL OF WHICH ARE HEREBY DISCLAIMED.

[remainder of page intentionally left blank]

307485.doc

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and seal this ___ day of March, 2010.

_____ [SEAL]
Harry W. Pettigrew, as and only as Trustee
for the Chapter 7 Bankruptcy Estate of
SouthStar Funding, LLC

Signed, sealed, and delivered this ___ day
of March, 2010 in the presence of:

_____
Notary Public
My Commission Expires: 10/31/2011

_____
Unofficial Witness

2                                                                    307485.doc

## EXHIBIT "A"

The right, title and interest of the bankruptcy estate of SouthStar Funding, LLC in and to the following Claims (as defined in the Motion for Order Approving (1) Sale by Auction of Judgments and Similar Property; and (2) Procedures for Sale by Auction):

1.     Brown, Maxwell
        Superior Court of Fulton County, GA
        Case #2005-CV-105538
        **Order and Judgment** signed on or about 08/04/08

2.     Marshall, Shuron Wilson
        Superior Court of Fulton County, GA
        Case #2005-CV-105538
        **Order and Judgment** signed on or about 08/04/08

3.     Rhodes, Lionel and First Superior Mortgage Corporation
        U.S. District Court, Eastern District, NC, Western Div.
        Case #5:04-CV-858-br
        **Judgment** (DE 89 entered on or about 09/07/06 for compensatory damages)
        **Amended Judgment** (DE 96 entered on or about 03/20/07 for punitive damages)

4.     Jackson, Tia
        Superior Court of Fulton County, GA
        Case #2004-CV-80896
        **Judgment** signed on or about 01/23/07

5.     Lazarou, Christopher G.
        Superior Court of Fulton County, GA
        Case #2004-CV-80896
        **Judgment** signed on or about 01/23/07

6.     Lazarou & Associates
        Superior Court of Fulton County, GA
        Case #2004-CV-80896
        **Judgment** signed on or about 01/23/07

7.     Phillips, William
        Superior Court of Mecklenburg, NC
        Case #04-CVS-12928
        **Default Judgment** signed on or about 01/27/05

8.     Smith, Curtis
        Superior Court of Mecklenburg, NC
        Case #04-CVS-12928
        **Default Judgment** signed on or about 01/27/05

307485.doc

9.      Sprouse, Victoria
        U.S. District Court, Western District, NC (Charlotte)
        Case 3:05-CV-253
        DE 121 **Judgment** signed on or about 03/23/07

        USBC, ND GA
        SouthStar Bankruptcy, Case 07-65842-pwb
        DE 204 Motion to Approve Settlement Agreement entered on or about 11/15/07
        DE 219 Order Approving Settlement entered on or about 12/12/07
        Proof of Claim filed in bankruptcy case of Sprouse

10.     Twelve Oaks Mortgage, Inc.
        Superior Court of Fulton County, GA
        Case #2004-CV-80896
        **Judgment** signed on or about 01/23/07

11.     Consent Order entered in Superior Court of Fulton County on or about January 23, 2007
        in Civil Action 2004-CV-80896 against Collin Bramlett and any judgment entered on the
        Consent Order.

2                                                                               307485.doc