## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**SouthStar Funding, LLC**
400 Northridge Road
Suite 1000
Atlanta, GA 30350–3312

22–3587118

Case No.: **07–65842–pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Harry W. Pettigrew**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Dated:  April 5, 2011
Form 183